# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 09, 2013

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808

RE:  13-2987  Jeffery Paul v. United States

Dear Sir:

An application for permission to file a successive habeas has been filed and assigned the caption and case number shown above.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

This case has been referred to the court for consideration.  We will notify you of the court's directions once they have been filed.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:     Mr. Steven Northup Snyder Sr.

**Caption For Case Number:   13-2987**


Jeffery William Paul

       Petitioner

v.

United States of America

       Respondent

**Addresses For Case Participants:   13-2987**


Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808

Mr. Steven Northup Snyder Sr.
U.S. ATTORNEY'S OFFICE
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901