Jeffery W. Paul
10517-042
P.O. Box 33
Terre Haute, INDIANA
47808



Legal Mail

Media Mail Rate

C/o The Clerk of the Court
for The 8th Circuit
St. Louis, MO. 63102

INMATE
IDENTITY & STATUS
CONFIRMED