13-2987  Jeffery Paul v. United States

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 09/09/2013

**Case Name:**    Jeffery Paul v. United States
**Case Number:**  13-2987

**Docket Text:**
PETITION for Permission to file a Successive Habeas Petition (Rec'd by MAIL) filed by
Petitioner Mr. Jeffery William Paul w/service 09/09/2013 [4073609] [13-2987]

**The following document(s) are associated with this transaction:**
Document Description:  petition
Document Description:  envelope

**Notice will be mailed to:**

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808

**Notice will be electronically mailed to:**

Mr. Steven Northup Snyder Sr.: steve.snyder@usdoj.gov