# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2987

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
_____

## ORDER

The Court has construed petitioner's filing as a motion for authorization to file a successive motion under Section 2255. Mr. Steven Northup Snyder, for United States of America is directed to file a response to the successive habeas petition in fourteen days, September 27, 2013.

September 13, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans