# United States Court of Appeals

## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 01, 2013

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808-0000

     RE:  13-2987  Jeffery Paul v. United States

Dear Mr. Paul:

     Enclosed is a dispositive order entered today at the direction of the court.

     Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

                      Michael E. Gans
                      Clerk of Court

DMS

Enclosure(s)

cc:     Mr. Christopher R. Johnson
        Mr. Steven Northup Snyder Sr.

       District Court/Agency Case Number(s):