# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 13-2987
_____

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs

**JUDGMENT**

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

The petition for authorization to file a successive habeas application in the district court is

denied.

The mandate shall issue forthwith.

October 01, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans