13-2987  Jeffery Paul v. United States

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/24/2013

**Case Name:**   Jeffery Paul v. United States
**Case Number:**  13-2987

**Docket Text:**
MOTION for reconsideration of judgment [4081191-2], filed by Pro Se Petitioner Mr. Jeffery William Paul; w/service by USCA8 on 10/25/2013. [4089554] [13-2987]

**The following document(s) are associated with this transaction:**
Document Description:  Pro se petitioner's motion for reconsideration

**Notice will be mailed to:**

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808-0000

**Notice will be electronically mailed to:**

Mr. Steven Northup Snyder Sr.: steve.snyder@usdoj.gov, janie.slader@usdoj.gov