# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2987

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition

_____

**ORDER**

Petitioner Mr. Jeffery William Paul's motion for en banc review is hereby rejected in accordance with 28 U.S.C. Section 2244(b)(3)(E).

November 26, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans