# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2987

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition

_____

**ORDER**

The motion for temporary suspension of the rules, filed by Petitioner Mr. Jeffery William

Paul, is denied.

December 17, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans